UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

ACTBLUE LLC, ACTBLUE CIVICS, )
INC., ATS, INC., and ACTBLUE )
CHARITIES, INC., )
)
)
)
Plaintiffs, )
)
v. ) Civil Action No. 1:26-cv-11986
)
WARREN KENNETH PAXTON JR., *in his* ) Jury Trial Demanded
*official capacity as Attorney General of the* )
*State of Texas*, )
)
Defendant. )

## EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs ActBlue LLC, ActBlue Civics, Inc., ATS, Inc., and ActBlue Charities, Inc. ("ActBlue") hereby move for a preliminary injunction enjoining Defendant Warren Kennth Paxton, Jr., from continuing his investigation and bad-faith civil prosecution of ActBlue in retaliation for ActBlue's First Amendment–protected activity.

ActBlue respectfully requests that the Court enter an order stating that Defendant Paxton and each of his agents are enjoined from:

(1) Pursuing any action in violation of ActBlue's constitutional rights or in violation of the constitutional rights of third parties;

(2) Continuing to litigate the Texas state civil-enforcement action against ActBlue (*i.e.*, *State of Texas v. ActBlue LLC*, No. 096-376890-26 (Dist. Ct., Tarrant Cnty., Tex.)), or further investigating ActBlue in violation of its constitutional rights; and

1

(3) Initiating any other action or investigation against ActBlue in violation of its or third

parties' constitutional rights.

The grounds for this motion are set forth in the attached memorandum of law and its

supporting declarations and exhibits.  A proposed order is attached hereto.

By separate motion, ActBlue concurrently requests expedited consideration of this motion.

Dated: May 6, 2026                                    Respectfully submitted,

By: */s/ Timothy J. Perla*

WILMER CUTLER PICKERING HALE AND
DORR LLP
Timothy J. Perla, BBO No. 660447
    timothy.perla@wilmerhale.com
Felicia H. Ellsworth, BBO No. 665232
    felicia.ellsworth@wilmerhale.com
Amanda Masselam Strachan, BBO No. 641108
    amanda.masselamstrachan@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Ronald C. Machen (*pro hac vice*)
    ronald.machen@wilmerhale.com
Matthew T. Jones (*pro hac vice*)
    matthew.jones@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs ActBlue LLC, ActBlue
Civics, Inc., ATS, Inc., and ActBlue Charities,
Inc.*

2

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 65, counsel for

Plaintiffs certify that they have contacted by telephone and email the following individual at the

Texas Office of the Attorney General to provide notice of this motion and to confer in an effort

to resolve or narrow the issue:

> David Bizar
> Assistant Attorney General
> Office of the Attorney General of the State of Texas
> david.bizar@oag.texas.gov
> (512) 968-7754

As of the time of filing, Counsel for Plaintiffs were unable to avoid the need to file the

foregoing motion.

Dated: May 6, 2026                                    Respectfully submitted,
                                                      */s/ Timothy J. Perla*
                                                      Timothy J. Perla, BBO No. 660447
                                                      *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document and all supporting papers filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be delivered by process server to those indicated as non-registered participants on May 6, 2026 or as soon as practicable thereafter.  Courtesy copies will also be transmitted by electronic mail to the non-registered participants listed below on May 6, 2026.

Warren Kenneth Paxton, Jr.
Attorney General
Office of the Attorney General of the State of Texas
kenneth.paxton@oag.texas.gov

David Bizar
Assistant Attorney General
Office of the Attorney General of the State of Texas
david.bizar@oag.texas.gov

Dated: May 6, 2026

/s/ Timothy J. Perla
Timothy J. Perla, BBO No. 660447
*Counsel for Plaintiffs*