## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ACTBLUE, LLC, ACTBLUE CIVICS, )
INC., ATS, INC., and ACTBLUE )
CHARITIES, INC., )
           )
           )
               Plaintiffs, )
           )
        v. )        Civil Action No. 1:26-cv-11986
           )
WARREN KENNETH PAXTON JR., *in* )    Jury Trial Demanded
*his official capacity as Attorney General of* )
*the State of Texas*, )
           )
           Defendant. )

## DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION

I, Timothy J. Perla, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the Bar of the Commonwealth of Massachusetts, and I am admitted to appear before this Court. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for ActBlue LLC, ActBlue Civics, Inc., ATS, Inc., and ActBlue Charities, Inc. (collectively, "ActBlue"). I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2.     Attached as **Exhibit 1** is a true and correct copy of the court's order granting the Jolt Initiative, Inc.'s motion for a preliminary injunction in *Jolt Initiative, Inc. v. Ken Paxton*, No. 1:25-cv-1808-RP (W.D. Tex).

3.     Attached as **Exhibit 2** is a true and correct copy Paxton's January 13, 2021, press release "AG Paxton Issues Civil Investigative Demands to Five Leading Tech Companies Regarding Discriminatory and Biased Policies and Practices."

4.     Attached as **Exhibit 3** is a true and correct copy of Paxton's November 20, 2023, press release "Attorney General Ken Paxton Opens Investigation into Media Matters for Potential Fraudulent Activity."

5.     Attached as **Exhibit 4** is a true and correct copy of the memorandum opinion of the U.S. District Court for the District of Columbia in *Media Matters for America v. Warren Kenneth Paxton*, No. 1:24-cv-00147 (D.D.C.).

6.     Attached as **Exhibit 5** is a true and correct copy of the opinion of the U.S. Court of Appeals for the District of Columbia Circuit in *Media Matters for America v. Warren Kenneth Paxton*, No. 24-7059 (D.C. Cir.).

7.     Attached as **Exhibit 6** is a true and correct copy of Paxton's August 6, 2025, press release "Attorney General Ken Paxton Launches Investigation into Beto O'Rourke's Radical Group for Unlawfully Funding Runaway Democrats."

8.     Attached as **Exhibit 7** is a true and correct copy of Paxton's August 7, 2025, press release "Attorney General Ken Paxton Launches Investigation into Soros-Funded PAC for Unlawfully Funding Run-away Democrat Legislators."

9.     Attached as **Exhibit 8** is a true and correct copy of Paxton's August 8, 2024, press release "Attorney General Ken Paxton's Ongoing Investigation Into ActBlue Yields Cooperation On Donor Credit Card Identification."

10.     Attached as **Exhibit 9** is a true and correct copy of Paxton's October, 21 2024, press release "Investigation Into ActBlue By Attorney General Ken Paxton Uncovers Large Number of Suspicious Donations Made Through Obscured Identities and Untraceable Means; OAG Demands FEC Action."

11.    Attached as **Exhibit 10** is a true and correct copy of the article by Shane Goldmacher published in the *New York Times* on April 3, 2021, titled "How Trump Steered Supporters Into Unwitting Donations."

12.    Attached as **Exhibit 11** is a true and correct copy of the article by Shane Goldmacher published in the *New York Times* on August 7, 2021, titled "Trump's Repeating Donation Tactics Led to Millions in Refunds Into 2021."

13.    Attached as **Exhibit 12** is a true and correct copy of the article by Shane Goldmacher published in the *New York Times* on July 8, 2021, titled "Four States Start Inquiries Into Recurring Donation Tactics of Both Parties."

14.    Attached as **Exhibit 13** is a true and correct copy of the article by Saul Elbein published in *The Hill* on October 21, 2024 titled "Texas AG goes after Democratic fundraising as GOP outspent in key races."

15.    Attached as **Exhibit 14** is a true and correct copy of a screenshot taken on May 4, 2026, of Paxton's profile on X (formerly Twitter).

16.    Attached as **Exhibit 15** is a true and correct copy of the article by Mack Shaw published in FOX 4 on April 15, 2026, titled "James Talarico breaks national fundraising record in first quarter for Senate race."

17.    Attached as **Exhibit 16** is a true and correct copy of the article by Theodore Schleifer published in the *New York Times* on April 16, 2026, titled "Talarico Leads a Democratic Cash Surge: 7 Takeaways From 2026 Filings."

18.    Attached as **Exhibit 17** is a true and correct copy of the article by Reid J. Epstein and Shane Goldmacher published in the *New York Times* on April 2, 2026, titled "ActBlue May Have Misled Congress on Vetting Foreign Donations, Its Lawyers Warned."

19.    Attached as **Exhibit 18** is a true and correct copy of Texas's Original Petition and Request for Temporary and Permanent Injunctions in *State of Texas v. ActBlue LLC*, No. 096-376890-26 (Dist. Ct., Tarrant Cnty., Tex.).

20.    Attached as **Exhibit 19** is a true and correct copy of Paxton's press release April 20, 2026 press release "Attorney General Paxton Files Landmark Lawsuit Against ActBlue for Deceiving Americans by Lying About Its Donation Processes that Allow Fraudulent and Foreign Donations."

21.    Based on a review of publicly available records, on April 20-21, 2026, Paxton discussed ActBlue and the lawsuit against ActBlue on various podcasts, as follows.

a.    Paxton appeared on the episode "The Charlie Kirk Show" published April 20, 2026. The Charlie Kirk Show, *Building the Red Wall + Virginia's Last Chance* (published Apr. 20, 2026), available at https://podcasts.apple.com/us/podcast/building-the-red-wall-virginias-last-chance/id1460600818?i=1000762464621. In response to a question asking whether Paxton could, "as part of this lawsuit, as part of this investigation[,] … collect information [from ActBlue] that applies to the whole country," Paxton stated "I love that question because I'm running for U.S. Senate. When in in the U.S. Senate, I'll be all over this," unlike Senator Cornyn who has "has never been interested in this issue." *Id.* at 21:30.

b.    Paxton appeared on the episode of the "Salcedo Storm Podcast" published April 21, 2026. Salcedo Storm Podcast, S13, Ep. 48: *Ken Paxton Outshines Republicans By Bringing Accountability To ACT Blue* (published Apr. 21, 2026), https://podcasts.apple.com/us/podcast/the-salcedo-storm-podcast/id1614095282. In this episode, the host introduced Paxton as having "never failed from defending us from Marxists, leftists, and communists who have infiltrated the Democratic Party." *Id.* at 2:40. Paxton also stated that

ActBlue donations "are largely going to liberal Democrats, and it's always been a mystery how they raised this much money." *Id.* at 4:45.

      c.    Paxton also appeared on the episode of "The Benny Show" published April 20, 2021. The Benny Show, *Why Are Republicans Are About to BETRAY America On Amnesty for Millions of Illegals* (Apr. 20, 2026), https://podcasts.apple.com/us/podcast/why-are-republicans-are-about-to-betray-america-on/id1584730781?i=1000762449842.This episode, titled "Why Are Republicans Are About to BETRAY America On Amnesty for Millions of Illegals," is available at https://podcasts.apple.com/us/podcast/why-are-republicans-are-about-to-betray-america-on/id1584730781?i=1000762449842.  On this podcast, Paxton explained that "ActBlue has raised billions of dollars for liberal causes, liberal Democrats." *Id.* at 59:40.

22.    Attached as **Exhibit 20** is a true and correct copy of the Financial Summary for James Talarico's U.S. Senate campaign from the FEC website, accessed May 4, 2026.

23.    Attached as **Exhibit 21** is a true and correct copy of the Financial Summary for Paxton's U.S. Senate campaign from the FEC website, accessed May 4, 2026.

24.    Attached as **Exhibit 22** is a true and correct copy of the Petition for Rulemaking Paxton submitted to the FEC dated October 21, 2024. Pet. for the Issuance and/or Amendment of Rules Regarding Contributions from Untraceable Electronic Payment Methods (Fed. Election Comm'n Oct. 21, 2024), https://www.texasattorneygeneral.gov/sites/default/files/images/press/ActBlue%20FEC%20Petition%20Redacted%20Final.pdf.

25.    Attached as **Exhibit 23** is a true and correct copy of the article by Cameron Abrams published in *The Texan* on August 8, 2024, titled "Attorney General Paxton Issues Update into ActBlue Donations Investigation."

26.     Attached as **Exhibit 24** is a true and correct copy of a letter from the Office of the Attorney General of Texas to ActBlue's counsel, dated August 13, 2024.

*     *     *

I certify under penalty of perjury that the forgoing is true and correct.  Executed on May 6, 2026, in Boston, Massachusetts.

Timothy J. Perla