UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACTBLUE LLC, ACTBLUE CIVICS, INC., ATS, INC., and ACTBLUE CHARITIES, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:26 cv-11986 |
| WARREN KENNETH PAXTON JR., *in his official capacity as Attorney General of the State of Texas*, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING ACTBLUE'S MOTION TO EXPEDITE BRIEFING FOR A PRELIMINARY INJUNCTION**

This matter comes before the Court on ActBlue's Motion to Expedite Briefing for a Preliminary Injunction. In accordance with Federal Rule of Civil Procedure 6(c) and Local Rule 7.1(b), and for good cause shown, the proposed briefings and hearing schedule for the Motion for Preliminary Injunction is ADOPTED. Defendant Warren Kenneth Paxton Jr. is ORDERED to file opposing briefing to ActBlue's motion for preliminary injunction (if any) by May 13, 2026. The hearing on the motion is set for May __, 2026.

IT IS SO ORDERED, this ____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE