**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACTBLUE LLC; ACTBLUE CIVICS, INC., ATS, Inc., and ACTBLUE CHARITIES, INC., <br><br>    *Plaintiff,* <br><br> v. <br><br> WARREN KENNETH PAXTON, JR., in his official capacity as Attorney General of the State of Texas, <br><br>    *Defendant.* | Civil Action No. 1:26-cv-11986-RGS |

---

### DECLARATION OF DAVID M. BIZAR

I, David M. Bizar, pursuant to 28 U.S.C. § 1746, I, David M. Bizar, declare the following:

1.   My name is David M. Bizar. I am over eighteen (18) years of age and competent to make the following statement. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.   I am a member of the Bar of the Commonwealth of Massachusetts, and admitted to appear before this Court. I am an Assistant Attorney General in the Consumer Protection Division of the Office of the Attorney General of Texas and a counsel of record for the State of Texas in Cause No. 096-376890-26; *The State of Texas v. ActBlue LLC*; pending in Tarrant County, Texas District Court (the "Texas Suit").

3.   On May 18, 2026, ActBlue filed its Special Appearance in the Texas Suit challenging the Texas Court's jurisdiction over Act Blue. Attached as **Exhibit 1** is a true and correct copy of ActBlue's Special Appearance.

4.   On May 18, 2026, ActBlue filed its Original Answer, Subject to Special Appearance in the Texas Suit. Attached as **Exhibit 2** is a true and correct copy of ActBlue's Original Answer**.**

5.   On May 20, 2026, The State of Texas filed its first Amended Petition and Request for Temporary and Permanent Injunction in the Texas Suit. Attached as **Exhibit 3** is a true and correct copy of the State of Texas's Amended Petition**.**

6.      On May 22, 2026, ActBlue filed a Notice of Hearing for argument on its Verified Special Appearance to take place on June 25, 2026, beginning at 2:00 p.m., in the Texas Suit. Attached as **Exhibit 4** is a true and correct copy of ActBlue's Notice of Hearing on Special Appearance.

7.      On May 26, 2026, ActBlue and the State of Texas entered into a Rule 11 Agreement regarding the timing and scope of expedited discovery relating to ActBlue's Special Appearance. Attached as **Exhibit 5** is a true and correct copy of this Rule 11 Agreement.

8.      Pursuant to the Rule 11 Agreement, on May 26, 2026, Texas served expedited discovery requests concerning personal jurisdiction on ActBlue. Attached as **Exhibit 6** is a true and correct copy of these discovery requests, which include: (1) Interrogatories, (2) Requests for Admission, and (3) Request for Production.

9.      Pursuant to the Rule 11 Agreement, on May 26, 2026, ActBlue served expedited discovery requests on the State of Texas. Attached as **Exhibit 7** is a true and correct copy of these discovery requests, which include: (1) Requests for Production and (2) Interrogatories.

*      *      *

10.     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2026.

/s/ David Bizar
DAVID M. BIZAR
Assistant Attorney General