# Exhibit 2

**ActBlue's Original Answer Subject to Special Appearance (May 18, 2026)**

096-376890-26

FILED
TARRANT COUNTY
5/18/2026 12:00 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 096-376890-26

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TARRANT COUNTY, TEXAS |
| | § | |
| ACTBLUE LLC | § | |
| *Defendant.* | § | 96th JUDICIAL DISTRICT |

### ACTBLUE'S ORIGINAL ANSWER, SUBJECT TO SPECIAL APPEARANCE

Subject to and without waiving its Rule 120a special appearance, Defendant ActBlue LLC files its Original Answer to the State of Texas's Original Petition and states the following:

### I.  GENERAL DENIAL

1.      Subject to and without waiving its simultaneously filed Verified Special Appearance, ActBlue LLC generally denies each and every allegation contained in the Petition and demands strict proof of the same by the appropriate standard of proof.

### II.  PRAYER

2.      Subject to and without waiving its simultaneously filed Verified Special Appearance, ActBlue respectfully requests that the Petition be dismissed with prejudice and/or that Plaintiff takes nothing from this lawsuit.  ActBlue further requests any additional and further relief to which it may be entitled.

Dated: May 17, 2026                         Respectfully submitted,

                                            By: */s/ Michael P. Lynn*

WILMER CUTLER PICKERING HALE      LYNN PINKER HURST &
AND DORR LLP                              SCHWEGMANN, LLP
Felicia H. Ellsworth                        Michael P. Lynn
    (*pro hace vice forthcoming*)              Texas State Bar No. 12738500
    felicia.ellsworth@wilmerhale.com           mlynn@lynnllp.com
60 State Street                             Yaman Desai
Boston, Massachusetts 02109                    Texas State Bar No. 24101695
Telephone: (617) 526-6000                      ydesai@lynnllp.com
Facsimile: (617) 526-5000                   2100 Ross Avenue, Suite 2700
                                            Dallas, Texas 75201
Ronald C. Machen                            Telephone: (214) 981-3800
    (*pro hac vice forthcoming*)            Facsimile: (214) 981-3839
    ronald.machen@wilmerhale.com
Matthew T. Jones                            *Attorneys for Defendant ActBlue LLC*
    (*pro hac vice forthcoming*)
    matthew.jones@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties/counsel of record in accordance with the Texas Rules of Civil Procedure, on May 17, 2026.

                                            */s/ Michael P. Lynn*
                                            Michael P. Lynn

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronni Bracken on behalf of Michael Lynn
Bar No. 12738500
rbracken@lynnllp.com
Envelope ID: 114995635
Filing Code Description: Answer/Response
Filing Description: ACTBLUE???S ORIGINAL ANSWER SUBJECT TO SPECIAL APPEARANCE
Status as of 5/18/2026 9:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Michael P.Lynn | | mlynn@lynnllp.com | 5/17/2026 2:12:02 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 5/17/2026 2:12:02 PM | SENT |
| Lisa Mewbourn | | lmewbourn@lynnllp.com | 5/17/2026 2:12:02 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/17/2026 2:12:02 PM | SENT |
| Ronni AdeleBracken | | rbracken@lynnllp.com | 5/17/2026 2:12:02 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 5/17/2026 2:12:02 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/17/2026 2:12:02 PM | SENT |
| Steva Christian | | steva.christian@oag.texas.gov | 5/17/2026 2:12:02 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 5/17/2026 2:12:02 PM | SENT |
| Mike Scarcella | | mike.scarcella@tr.com | 5/17/2026 2:12:02 PM | SENT |
| David Bizar | | david.bizar@oag.texas.gov | 5/17/2026 2:12:02 PM | SENT |