# Exhibit 4

**ActBlue's Notice of June 25, 2026 Hearing on Special Appearance (May 22, 2026)**

096-376890-26

FILED
TARRANT COUNTY
5/22/2026 3:14 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-376890-26

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **ACTBLUE LLC** | § | |
| **Defendant.** | § | **96th JUDICIAL DISTRICT** |

## <u>NOTICE OF HEARING FOR SPECIAL APPEARANCE</u>

PLEASE TAKE NOTICE that Defendant ActBlue LLC's Verified Special Appearance, filed on May 17, 2026, has been set for an **in-person** hearing on **June 25, 2026 at 2:00 p.m.** in the 141st Judicial District Court of Tarrant County, Texas. The address of the 141st District Court is 100 North Calhoun Street, 5th Floor, Fort Worth, TX 76196. Hearing will be held in front of Judge Curry.

Dated: May 22, 2026

Respectfully submitted,

By: */s/ Michael P. Lynn*

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | LYNN PINKER HURST & SCHWEGMANN, LLP |

WILMER CUTLER PICKERING HALE
AND DORR LLP
Felicia H. Ellsworth
   (*pro hac vice forthcoming*)
   felicia.ellsworth@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Ronald C. Machen
   (*pro hac vice forthcoming*)
   ronald.machen@wilmerhale.com
Matthew T. Jones
   (*pro hac vice forthcoming*)
   matthew.jones@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

LYNN PINKER HURST &
SCHWEGMANN, LLP
Michael P. Lynn
   Texas State Bar No. 12738500
   mlynn@lynnllp.com
Yaman Desai
   Texas State Bar No. 24101695
   ydesai@lynnllp.com
Paulina Nenclares
   Texas State Bar No. 24121032
   pnenclares@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

*Attorneys for Defendant ActBlue LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties/counsel of record in accordance with the Texas Rules of Civil Procedure, on May 22, 2026.

*/s/ Michael P. Lynn*
Michael P. Lynn

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronni Bracken on behalf of Michael Lynn
Bar No. 12738500
rbracken@lynnllp.com
Envelope ID: 115270003
Filing Code Description: Notice
Filing Description: NOTICE OF HEARING FOR SPECIAL APPEARANCE
Status as of 5/22/2026 3:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael P.Lynn | | mlynn@lynnllp.com | 5/22/2026 3:14:51 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 5/22/2026 3:14:51 PM | SENT |
| Lisa Mewbourn | | lmewbourn@lynnllp.com | 5/22/2026 3:14:51 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/22/2026 3:14:51 PM | SENT |
| Ronni AdeleBracken | | rbracken@lynnllp.com | 5/22/2026 3:14:51 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 5/22/2026 3:14:51 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 5/22/2026 3:14:51 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/22/2026 3:14:51 PM | SENT |
| Mike Scarcella | | mike.scarcella@tr.com | 5/22/2026 3:14:51 PM | SENT |
| David Bizar | | david.bizar@oag.texas.gov | 5/22/2026 3:14:51 PM | SENT |