**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ActBlue LLC; ActBlue Civics, Inc.,
ATS, Inc., and ActBlue Charities, Inc.,

     *Plaintiff,*

v.

Warren Kenneth Paxton, Jr., in his official
capacity as Attorney General of the State of
Texas,

     *Defendant.*

Civil Action No. 1:26-cv-11986-RGS

---

### DECLARATION OF ROCK ROBINSON

I, Rock Robinson, pursuant to 28 U.S.C. § 1746, declare the following:

1.     My name is Rock Robinson. I am over eighteen (18) years of age and competent to make the following statement. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.     I work as an investigator in the Office of the Texas Attorney General. I am executing this declaration as part of my assigned duties and responsibilities.

3.     On February 25, 2026, I donated ten dollars to Jon Rosenthal, a candidate for Texas Railroad Commissioner, using a Visa e-gift card purchased online. Attached as **Exhibit 1** is a true and correct copy of the verification page confirming this donation.

4.     On February 25, 2026, I donated ten dollars to Sarah Eckhardt, a candidate for Texas Comptroller of Public Accounts, using the same Visa e-gift card. Attached as **Exhibit 2** is a true and correct copy of the verification page confirming this donation.

\*     \*     \*

5.     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2026.

/s/ Rock Robinson
Rock Robinson
Investigator