# Exhibit 2

Sarah Eckhardt Donation (Feb. 25, 2026)



**Thank you for your one-time contribution to Sarah Eckhardt**

# $10.00

**Total Contribution**

⬇ One-time Contribution

**Name:** Rock Robinson

**Email:** rock.robinson@oag.texas.gov

**Order Date:** February 25, 2026

**Order Number:** AB384336310

**Payment Type:** VISA 1491

This transaction will appear as one or more charges to ACTBLUE*SarahEckhardt on your credit card statement.

View Receipt



**Support ActBlue**

Power the nonprofit fundraising platform Democratic candidates & progressive causes rely on.

Donate now

---

**ActBlue EXPRESS**

Use your ActBlue Express account to track and manage your contributions, earn badges, and strategize your giving.

Create account

Keep the momentum going! Share your contribution to spread awareness and build the movement.

Platform paid for by ActBlue (actblue.com) and not authorized by any candidate or candidate committee. Contributions or gifts to ActBlue are not deductible as charitable contributions for federal income tax purposes. ActBlue is not responsible for candidate or committee content on this page nor any communications made by candidates or committees. ActBlue does not send emails or text messages or make telephone calls on behalf of any candidate or committee. For more information on how the ActBlue platform works, click here.