# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ActBlue LLC; ActBlue Civics, Inc.,
ATS, Inc., and ActBlue Charities, Inc.,

   *Plaintiff,*

v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

   *Defendant.*

Civil Action No. 1:26-cv-11986-RGS

---

## DECLARATION OF RYAN HANLAN

---

I, Ryan Hanlan, pursuant to 28 U.S.C. § 1746, declare the following:

1. My name is Ryan Hanlan. I am over eighteen (18) years of age and competent to make the following statement. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I work as an investigator in the Office of the Texas Attorney General. I am executing this declaration as part of my assigned duties and responsibilities.

3. On February 19, 2026, I donated five dollars to the Democratic National Committee using a physical Mastercard gift card purchased at a retail outlet, under a pseudonym. Attached as **Exhibit 1** is a true and correct copy of the email receipt confirming this donation.

       \*   \*   \*

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2026.

                  _____

                  Ryan Hanlan
                  Investigator