# Exhibit 1

Democratic National Committee Donation (Feb. 19, 2026)

Case 1:26-cv-11986-RGS Document 38-1 Filed 05/27/26 Page 2 of 4

 Gmail

Daniel <dt.payne78@gmail.com>

## Thank you for your contribution to The Democratic National Committee (DNC)!

**ActBlue Receipts** <noreply@actblue.com>
To: dt.payne78@gmail.com

Thu, Feb 19, 2026 at 10:11 AM

Here's a receipt for your $5.00 contribution. Create an ActBlue Express account to view your contribution history.

**ActBlue**

# Thank you for your one-time contribution to The Democratic National Committee (DNC)!

Together we're changing our country.

### A message from The Democratic National Committee (DNC)



Hi there,

Thank you so much for your generous contribution to the Democratic National Committee. Your support is critical to the success of Democrats running for office nationwide.

Case 1:26-cv-11986-RGS    Document 38-1    Filed 05/27/26    Page 3 of 4

Grassroots supporters like you power the DNC with your time and your contributions. Your support is an investment in the future of this country, and directly helps build the Party infrastructure we need to hold Donald Trump and his allies accountable.

When you see Democrats organizing in your community and fighting to protect our fundamental freedoms, know that it was your support that helped get them there.

Thanks again for your contribution — we couldn't do this without you.

The Democrats

P.S. As a small thank you for donating to the DNC, you receive 10% off when you visit the Official Democratic Store. **Just enter the code DNC-DONOR at checkout.**

--------------

If you have any questions about your donation, you can call us here: 877-336-7200.

Contributions or gifts to the Democratic National Committee are not tax deductible. Paid for by the Democratic National Committee, 430 South Capitol Street SE, Washington, DC 20003 and not authorized by any candidate or candidate's committee.

# $5.00
**Total Contribution**

⚖ **One-time Contribution**

| | |
|---|---|
| The Democratic National Committee (DNC) | $5.00 |
| **Total Charged** | **$5.00** |

**Name:** Daniel Payne
**Order Date:** 2/19/2026
**Order Number:** AB383444138
**Payment Type:** MasterCard 4673 05/35
**Billing Zip:** 78701

This transaction will appear as one or more charges to ACTBLUE*DNC on your credit card

statement.

[Unsure about this charge?](#)

## Keep the momentum going, Daniel!

Increase your impact by turning your one-time contribution into a monthly recurring contribution.

**Set up a recurring donation**

**ActBlue EXPRESS**

Create an account to save your payment details and easily donate with 1-click, track your contribution history and more!

**Sign up now →**

---

Paid for by ActBlue (actblue.com) and not authorized by any candidate or candidate's committee.

Contributions or gifts to ActBlue are not tax deductible as charitable contributions for federal income tax purposes.

Contributions or gifts to the Democratic National Committee are not tax deductible. Paid for by the Democratic National Committee, democrats.org. Not authorized by any candidate or candidate's committee. Privacy Policy & ToS.

**Need help?** Contact us here.