UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACTBLUE LLC, ACTBLUE CIVICS, INC., ATS, INC., and ACTBLUE CHARITIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:26-cv-11986-RGS |
| v. | ) ) | Jury Trial Demanded |
| WARREN KENNETH PAXTON JR., *in his official capacity as Attorney General of the State of Texas*, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF OF 18 PAGES IN SUPPORT OF EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs ActBlue LLC, ActBlue Civics, Inc., ATS, Inc., and ActBlue Charities, Inc. ("ActBlue") hereby move for leave to file a reply brief of 18 pages in Support of Plaintiffs' Expedited Motion for Preliminary Injunction (Dkt. 10).

On May 1, 2026, ActBlue filed its Complaint for Declaratory, Injunctive, and Other Relief against Defendant Warren Kenneth Paxton, Jr. (Dkt No. 1).  On May 6, 2026. ActBlue filed an Expedited Motion for Preliminary Injunction and accompanying memorandum of law in support thereof (Dkt. Nos. 10, 11).  On May 7, 2026, this Court issued an order directing Paxton to file a response to both ActBlue's Complaint and its Motion for Preliminary Injunction by May 27, 2026 (Dkt. No. 18).  On May 27, 2026, Paxton filed an Opposition to ActBlue's Motion (Dkt. No. 39).

ActBlue's reply brief of 18 pages is necessary to allow ActBlue to respond to numerous arguments set forth in Defendant's opposition that are either (1) unsupported by or inconsistent with facts of the case and/or applicable case law, and (2) new since the filing of ActBlue's

1

Complaint and Motion for Preliminary Injunction.  For example, in the intervening time since ActBlue's Motion, Paxton has amended his Texas state court petition to include allegations about passport verification processes, and he has included such references in his opposition here. Additionally, Paxton has served expedited discovery requests on ActBlue in the same intervening period.  ActBlue requests the opportunity to respond to these developments in a reply brief. Further, ActBlue believes that its reply will be helpful to the Court in assessing the arguments presented in the opposition memorandum submitted by Defendant.

A copy of the proposed reply brief is attached as Exhibit A, and the accompanying declarations are attached as Exhibits B and C.

Dated: June 2, 2026

Respectfully submitted,

By: */s/ Felicia H. Ellsworth*

WILMER CUTLER PICKERING HALE AND DORR LLP
Felicia H. Ellsworth, BBO No. 665232
    felicia.ellsworth@wilmerhale.com
Timothy J. Perla, BBO No. 660447
    timothy.perla@wilmerhale.com
Amanda Masselam Strachan, BBO No. 641108
    amanda.masselamstrachan@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Ronald C. Machen (*pro hac vice*)
    ronald.machen@wilmerhale.com
Matthew T. Jones (*pro hac vice*)
    matthew.jones@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs ActBlue LLC, ActBlue Civics, Inc., ATS, Inc., and ActBlue Charities, Inc.*

2

## **LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1(a), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant but were unable to narrow the issues in this motion.

Dated: June 2, 2026                                     Respectfully submitted,

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth, BBO No. 665232
*Counsel for Plaintiffs*

3