# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACTBLUE, LLC, ACTBLUE CIVICS, INC., ATS, INC., and ACTBLUE CHARITIES, INC., <br><br>           Plaintiffs, <br><br>     v. <br><br>WARREN KENNETH PAXTON JR., *in his official capacity as Attorney General of the State of Texas*, <br><br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 1:26-cv-11986-RGS <br><br>Jury Trial Demanded |

**DECLARATION OF MATTHEW T. JONES IN SUPPORT OF PLAINTIFFS'**
**REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

I, Matthew T. Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of the District of Columbia, and I am admitted *pro hac vice* to appear before this Court. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for ActBlue LLC, ActBlue Civics, Inc., ATS, Inc., and ActBlue Charities, Inc. (collectively, "ActBlue"). I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from counsel for ActBlue LLC transmitted to counsel for Attorney General Paxton on May 22, 2026.

3. I am aware that Ken Paxton sends email campaigns to his supporters to solicit donations for his U.S. Senate campaign. I am aware that many of these emails are stored and made publicly accessible by the Archive of Political Emails, a project of the Defending Democracy Together Institute (DDTI), which is a 501(c)(3) nonprofit organization. I accessed copies of the

1

content of these emails through the Archive of Political Emails at https://politicalemails.org/.    I also reviewed a copy of one of these emails received by a subscriber to the "Ken Paxton for Senate" email list.

    a.   Attached as **Exhibit 2** is a true and correct copy of the Archive of Political Emails record of an email sent from Ken Paxton to the "Ken Paxton for Senate" email list on April 20, 2026, titled "Lawless Democrats Under Investigation."  This record can be accessed at https://politicalemails.org/messages/2219730.

    b.   Attached as **Exhibit 3** is a true and correct copy of the Archive of Political Emails record of an email sent from Ken Paxton to the "Ken Paxton for Senate" email list on April 21, 2026, titled "Under Investigation: ActBlue."  This record can be accessed at https://politicalemails.org/messages/2221491.

    c.   Attached as **Exhibit 4** is a true and correct copy of the Archive of Political Emails record of an email sent from "Team Paxton" to the "Ken Paxton for Senate" email list on April 22, 2026, title "FWD: Under Investigation: ActBlue."  This record can be accessed at https://politicalemails.org/messages/2222839.

    d.   Attached as **Exhibit 5** is a true and correct copy of the Archive of Political Emails record of an an email sent from Ken Paxton to the "Ken Paxton for Senate" email list on May 25, 2026, titled "Reminder: VOTE TOMORROW."  This record can be accessed at https://politicalemails.org/messages/2264576.

4.    Attached as **Exhibit 6** is a true and correct copy of an article by Baylisee Wagner, published in the *San Antonio Express-News* on May 12, 2026, titled "Ken Paxton Ignored Complaints About GOP Fundraiser He Uses, Then Sued Its Democratic Competitor."  This article

2

can be accessed at https://www.expressnews.com/politics/article/ken-paxton-winred-actblue-complaints-22245170.php.

5.      Attached as **Exhibit 7** is a true and correct copy of an article by Adam Wren & Irie Sentner published by Politico on May 27, 2026, titled "James Talarico's Theory of Victory in Texas." This article can be accessed at https://www.politico.com/news/2026/05/27/talarico-exclusive-interview-paxton-fundraising-texas-00937600.

*        *        *

I certify under penalty of perjury that the forgoing is true and correct. Executed on June 2, 2026, in Washington, D.C.

_____
Matthew T. Jones

3