**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACTBLUE, LLC, ACTBLUE CIVICS, INC., ATS, INC., and ACTBLUE CHARITIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., *in his official capacity as Attorney General of the State of Texas*,<br><br>Defendant. | Civil Action No. 1:26-cv-11986<br><br>Jury Trial Demanded |

**SUPPLEMENTAL DECLARATION OF BENJAMIN SHARTON**

I, Benjamin Sharton, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Account Operations Director in Political Technology for ActBlue. I have been employed at ActBlue since July 2014. I am a resident of Massachusetts. I submitted a declaration in this matter on May 6, 2026. This supplemental declaration provides additional information that I have learned and received in the course of my work at ActBlue, including information provided by other employees of the company, to which I have personal knowledge and, if called upon, I could and would testify thereto.

2. I am aware that from February 19, 2026 through February 26, 2026, investigators from Paxton's Office attempted to make at least ten contributions through ActBlue, most of which were made under the name of Office Investigator Roscoe "Rock" Robinson with the email address "rock.robinson@oag.texas.gov." One of the contributions was made directly to ActBlue LLC, a Massachusetts entity, and the others were made to the Democratic National Committee

and candidates for two state offices in Texas, Sarah Eckhardt and Jon Rosenthal. At least three transactions were rejected by ActBlue's system because Robinson attempted to contribute with a "prepaid anonymous" card.

3. I have reviewed the May 27, 2026 declaration of Ryan Hanlan, an investigator in Paxton's Office, who states that on February 19, 2026, he donated five dollars to the Democratic National Committee using a physical Mastercard gift card purchased at a retail outlet, under a pseudonym. Hanlan identified that donation as one made under the name "Daniel Payne" using a MasterCard ending in digits 4673 with billing zip code 78701.

4. ActBlue's relationship with individuals and entities that access or use its platform is governed by its Terms of Service.

   a. Attached as Exhibit 1 is a true and correct copy of the Terms of Service dated August 19, 2024.

5. Users must agree to the Terms of Service when they access any of ActBlue's services, including creating an account, making a contribution, or otherwise interacting with ActBlue's fundraising tools.

6. The Terms of Service provide that they govern disputes arising from any use of the ActBlue platform. The Terms provide that all disputes will be litigated exclusively in the United States District Court of Massachusetts or the state courts of Middlesex County, Massachusetts. The Terms also provide that both ActBlue and its users "consent to submit to personal and exclusive jurisdiction in those courts." These Terms apply to both the individual using ActBlue as well any organization or entity on behalf of which the individual is using the services.

7. ActBlue's Terms of Service further require users to "truthfully represent yourself when using our services. You must provide us with accurate, complete, and updated information for your account or when making a contribution." ActBlue's Terms of Service also require users to "comply with all applicable local, state, national, and international laws, rules, and regulations." ActBlue warns users that, "while some of our Services are designed to support your legal compliance, you are ultimately responsible for ensuring that your political fundraising activities and contributions comply with applicable campaign finance laws, including source prohibitions and contribution limits." Federal campaign finance law prohibits individuals from making a contribution in the name of another person.

8. ActBlue's platform incorporates anti-fraud technology, including an industry-standard fraud prevention tool that uses behavioral modeling technology to assess credit card transactions automatically for potential fraud. Although contributions from gift cards and non-reloadable prepaid cards are permitted by law, since 2024 ActBlue's system has been designed to automatically reject gift cards and non-reloadable prepaid cards identified by ActBlue's third-party anti-fraud vendor. ActBlue's policies and controls differentiate between gift cards, non-reloadable prepaid cards, and reloadable prepaid cards, reflecting the different risk profiles of those instruments.

9. To implement its policies, ActBlue provides a third-party anti-fraud platform with the Bank Identification Number (BIN), also known as an Issuer Identification Number (IIN), and last four digits of a credit card before any contribution is processed. The third-party platform looks up the BIN to determine and to report to ActBlue, among other things, the "card level." If the card level contains "GIFT," the contribution is automatically rejected. If the card level is exactly "PREPAID NON-RELOADABLE," "PREPAID ANONYMOUS," "PREPAID

CONSUMER INCENTIVE," or PREPAID EMPLOYEE INCENTIVE," the contribution is automatically rejected. This rule designed to prevent contributions using gift cards was put into place in August 2024. This rule designed to prevent contributions using non-reloadable prepaid cards was put into place in November 2024. These rules have remained consistent.

10. The MasterCard ending in digits 4673 used by Hanlan (under a false name) to donate five dollars to the Democratic National Committee had BIN 545660. Pursuant to its standard process, ActBlue provided the third-party platform with the BIN and last four digits of the card. The third-party platform identified the card level for BIN 545660 as "PREPAID RELOADABLE" and reported this card level information to ActBlue. Public BIN lookup services identify the card level for BIN 545660 as "PREPAID RELOADABLE" or "MASTERCARD PREPAID GENERAL SPEND" (https://bankscan.app/bin/545660; https://bincheck.io/details/54566001; https://www.freebinchecker.com/bin-lookup/545660). Because the card level information provided to ActBlue did not identify this card as a gift card or a non-reloadable prepaid card, the contribution was not automatically rejected.

11. I have reviewed the May 27, 2026 declaration of Rock Robinson, an investigator in Paxton's Office, who states that on February 25, 2026, he donated ten dollars to Jon Rosenthal and ten dollars to Sarah Eckhardt using a Visa e-gift card purchased online (the "Robinson Donations"). He identified those donations as made under his own name using a Visa ending in digits 1491.

12. The Robinson Donations were made with a Visa ending in digits 1491 with BIN 425909. Pursuant to its standard process, ActBlue provided the third-party platform with the BIN and last four digits of the card. The third-party platform identified the card level for BIN 425909 as "BUSINESS" and reported this card level information to ActBlue. Public BIN lookup

services identify the card level for BIN 425909 as "BUSINESS" with a card type of "DEBIT" from Wells Fargo Bank (https://bankscan.app/bin/425909; https://bincheck.io/details/425909; https://www.freebinchecker.com/bin-lookup/425909). Because the card level information provided to ActBlue did not identify this card as a gift card or a non-reloadable prepaid card, the Robinson Donations were not automatically rejected.

13. Pursuant to ActBlue's process, Robinson's attempts to make contributions with the Visa ending in digits 1491 also initiated an Address Verification Service ("AVS") check, an additional fraud prevention tool performed by the card network and issuing bank, that ActBlue requests through its payment processor. An AVS check compares the numeric portions of the billing address the contributor enters on ActBlue with the cardholder's numeric address information that the issuing bank has on file. The results of the AVS check for the Robinson Donations provided to ActBlue indicated that the numeric street address that Robinson provided to ActBlue matched the numeric street address that the issuing bank had on file.

14. Prior to making the Robinson Donations, Robinson attempted three times over the course of the day on February 25, 2026 to make contributions to Rosenthal using an American Express card with BIN 377935. Pursuant to its standard process, ActBlue provided the third-party platform with the BIN and last four digits of the card. The third-party platform identified the card level for BIN 425909 as "PREPAID ANONYMOUS" and reported this card level information to ActBlue. Public BIN lookup services also identify the card level for BIN 425909 as "PREPAID ANONYMOUS" (https://bankscan.app/bin/377935; https://bincheck.io/details/377935). Consistent with ActBlue's policies and system configuration, Robinson's attempts to contribute to Rosenthal using this American Express card were automatically rejected by ActBlue three times.

* * *

I certify under penalty of perjury that the forgoing is true and correct. Executed on June 1, 2026, in Medford, Massachusetts.

Benjamin Sharton