**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACTBLUE LLC; ACTBLUE CIVICS, INC., and ACTBLUE CHARITIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WARREN KENNETH PAXTON, JR., in his official capacity as Attorney General of the State of Texas, <br><br> *Defendants.* | Civil Action No. 1:26-cv-11986-RGS |

---

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292 and Federal Rule of Appellate Procedure 3, notice is hereby given that Plaintiff, the State of Texas, appeals to the United States Court of Appeals for the First Circuit from the trial court's Memorandum and Order on Plaintiffs' Motion for a Preliminary Injunction [ECF No. 55], signed on June 11, 2026.

Date: June 15, 2026,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
*Admitted pro hac vice*

Respectfully submitted.

*/s/ Wade Johnson*
WADE JOHNSON*
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

BRIAN B. TUNG*
Assistant Attorney General
Texas State Bar No. 24145179
Brian.Tung@oag.texas.gov

LAUREN E. SAEGER*
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

DAVID M. BIZAR
Assistant Attorney General
BBO No. 566795
Texas State Bar No. 24110737
david.bizar@oag.texas.gov

COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on June 15, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

TIMOTHY J. PERLA
BBO No. 660447
timothy.perla@wilmerhale.com

FELICIA H. ELLSWORTH
BBO No. 665232
felicia.ellsworth@wilmerhale.com

AMANDA MASSELAM STRACHAN
BBO No. 641108
amanda.masselamstrachan@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

RONALD C. MACHEN*
ronald.machen@wilmerhale.com

MATTHEW T. JONES*
matthew.jones@wilmerhale.com

2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*pro hac vice*

COUNSEL FOR PLAINTIFFS ACTBLUE LLC, ACTBLUE CIVICS, INC., ATS, INC., AND ACTBLUE CHARITIES, INC.

*/s/ Wade Johnson*
WADE JOHNSON

2