# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: ActBlue LLC et al v. Paxton

District Court Number: 1:26-cv-11986-RGS

---

Fee: Paid? Yes X No ____ Government filer ____ *In Forma Pauperis* Yes ____ No X

---

Motions Pending Yes ____ No X
*If yes, document #* ________

Sealed documents Yes ____ No X
*If yes, document #* ________

*Ex parte* documents Yes ____ No X
*If yes, document #* ________

Transcripts Yes ____ No X
*If yes, document #* ________

---

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

#55 Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#55 and #57

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 57 filed on 6/15/2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/16/2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Jacqueline Martin
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**