# United States Court of Appeals
## For the First Circuit

---

No. 26-1713

ACTBLUE LLC; ACTBLUE CIVICS, INC.; ATS, INC.; ACTBLUE CHARITIES, INC.,

Plaintiffs - Appellees,

v.

WARREN KENNETH PAXTON, JR., in the official capacity as Attorney General of the State of Texas,

Defendant - Appellant.

---

**JUDGMENT**

Entered: November 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Felicia H. Ellsworth, Amanda P. Masselam Strachan, Mark Christopher Fleming, Timothy Jeffrey Perla, Daniel Volchok, Ronald C. Machen Jr., Matthew T. Jones, David Michael Bizar, William R. Peterson, Nathaniel Anson Plemons, Stephen Allen Jonas, Howard M. Cooper, Mimi Marziani, Norman Larry Eisen, James A. Barta, David C. Kravitz, Nicholas W. Brown