# United States Court of Appeals
## For the First Circuit

---

No. 26-1713

ACTBLUE LLC; ACTBLUE CIVICS, INC.; ATS, INC.; ACTBLUE CHARITIES, INC.,

Plaintiffs - Appellees,

v.

WARREN KENNETH PAXTON, JR., in the official capacity as Attorney General of the State of Texas,

Defendant - Appellant.

---

**MANDATE**

Entered: November 23, 2026

In accordance with the judgment of November 23, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James A. Barta, David Michael Bizar, Nicholas W. Brown, Howard M. Cooper, Norman Larry Eisen, Felicia H. Ellsworth, Mark Christopher Fleming, Stephen Allen Jonas, Matthew T. Jones, David C. Kravitz, Ronald C. Machen Jr., Mimi Marziani, Amanda P. Masselam Strachan, Timothy Jeffrey Perla, William R. Peterson, Nathaniel Anson Plemons, Daniel Volchok